IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAMAR TIMMONS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5435

Opinion filed October 14, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Nancy A. Daniels, Public Defender, Glen P. Gifford, and Randall Richardson, Assistant Public Defenders, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, and Jay Kubica, Assistant Attorneys General, Tallahassee; Elizabeth Desloge, Assistant State Attorney, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED as untimely. See Fla. R. App. P. 9.020(i).

LEWIS, C.J., WOLF, and MAKAR, JJ., CONCUR.